without moment. Contrary to Hamby's arguments, *Mistretta* does not assist him. *Mistretta* considered whether Congress' delegation to an independent Federal Sentencing Commission of the authority to promulgate the Sentencing Guidelines violated the separation-of-powers doctrine; the Court held that it did not. *Mistretta*, 488 U.S. at 371, 109 S.Ct. 647. Rather, *Mistretta* states that "the Commission is fully accountable to Congress, which can revoke or amend any or all of the Guidelines as it sees fit." *Id.* at 393–94, 109 S.Ct. 647. The Seventh and Eight Circuits have specifically rejected Hamby's argument. *United States v. Rodgers*, 610 F.3d 975, 977–78 (7th Cir.2010); *United States v. Bastian*, 603 F.3d 460, 464–65 (8th Cir. 2010).

Accordingly, we affirm Hamby's sentence. We dispense with oral argument as the facts and legal contentions are adequately addressed in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

Michael Eugene Thrash, Appellant Pro Se.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Thrash appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thrash v. Cloud*, No. 5:10–ct–03205–D (E.D.N.C. Aug. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Michael Eugene THRASH,
Plaintiff—Appellant,

v.

John CLOUD; J. Richard Parker,
Defendants—Appellees.

No. 11–7213

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 22, 2012.

Parker PENDRY, Petitioner–Appellant,

v.

William FOX, Warden, Respondent–
Appellee.

No. 11–7215.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 22, 2012.